**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta

AUG 19 2014

JAMES N. HATTEN, Clerk
By:
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NIGEL MARC GORDON<br>A/K/A NIGEL MARK GORDON | Criminal Indictment<br><br>No. 1:14CR0312 |

THE GRAND JURY CHARGES THAT:

On or about May 7, 2014, in Fulton County, in the Northern District of Georgia, the defendant, NIGEL MARC GORDON, having been convicted of at least one of the following crimes punishable by imprisonment for a term exceeding one year,

    Possession of cocaine with the intent to distribute, *State of Georgia v. Nigel M. Gordon*, DeKalb County Superior Court, Case No. 10CR1838-3, convicted on or about January 28, 2011;

    Possession of cocaine with the intent to distribute, *State of Georgia v. Nigel Marc Gordon*, Fulton County Superior Court, Case No. 08SC66253, convicted on or about March 8, 2010;

    Possession of cocaine with the intent to distribute, *State of Georgia v. Nigel Mark Gordon*, Fulton County Superior Court, Case No. 00SC06139, convicted on or about June 28, 2001; and

    Possession of cocaine with the intent to distribute, *State of Georgia v. Nigel Marc Gordon*, Cobb County Superior Court, Case No. 98-4468-05, convicted on or about November 30, 1998,

did knowingly possess at least one of the following firearms and rounds of ammunition, that is,

(1) F.I.E. model E28 .25 caliber pistol,

(2) Ruger model MK II .22 caliber pistol,

(3) Kimber model Ultra RCP II .45 caliber pistol,

(4) Springfield Armory model SX .45 caliber pistol,

(5) Kel-Tec model PLR-16 5.56 caliber pistol,

(6) 1 round of .45 caliber ammunition marked "Federal 45 AUTO" and

(7) 9 rounds of .45 caliber ammunition marked "Hornaday 45 AUTO"

said possession being in or affecting interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## Forfeiture Provision

As a result of committing the offense alleged in this Indictment, the Defendant, NIGEL MARC GORDON, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 all firearms and ammunition involved in and used in the offense charged, including but not limited to all those listed above.

Finally, if, as a result of any act or omission of the defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A _____True_____ BILL

_____Judith Bass_____
FOREPERSON

SALLY QUILLIAN YATES
*United States Attorney*

WILLIAM G. TRAYNOR
*Assistant United States Attorney*
Georgia Bar No. 716634
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000
Fax: 404-581-6181

3