# SEARCH WARRANT
## IN THE COURT OF FULTON COUNTY
## STATE OF GEORGIA

Docket No.: **E008840**

Warrant No.: **SW-007354**

TO: ALL GEORGIA CERTIFIED PEACE OFFICERS

Affidavit having been made before me by **D Williams**, a GEORGIA certified peace officer charged with the duty of enforcing the Criminal Laws, that he has reason to believe that in FULTON County, GEORGIA on the following described person, remises, or property: (state detailed description of person, property or location)

**5675 Roswell Rd., 30342, ATLANTA, GA**
**5675 roswell Rd. apartment A, Sandy Springs, Fulton County, Georgia 30342. This address is located in the Mosaic Apartment complex at 5675 Roswell Rd., Sandy Springs, Fulton County, Georgia 30342.It is a three story brick and siding building. It is painted brown, tan and white with reddish collored bricks.**

**Apartment A is located on the sub ground level, on the bottom of a short flight of stairs.The letter A is white in color and affixed to a brown placard on a brown frontdoor. Looking at the front of the building, a large numer ten is posted at the entrance.**

There is now located certain instruments, articles, person(s), or things, namely: (specify evidence, contraband or person(s) to be searched for)

**Cocaine, Heroin, Marijuana; any and all derivatives thereof, all packaging, manufacturing, and paraphernalia equipment (to include but not limited to: light systems, irrigation systems, power systems, and ventilation systems) for the use and sale of illegal drugs. Also to include currency, all firearms and ammunition, documents in physical or electronic form showing dominion and control over the structure, and any other items used in the manufacturing, storing, and distribution of illegal drugs.**

'ᵗ is (name the law being violated)

.ö-13-30                          VGCSA -Purchase, Possession, Manufacture, Distribution, Or Sale Of Marijuana

Based upon the affidavit given under oath or affirmation and all other evidence given to me under oath or affirmation, I am satisfied that there is probable cause to believe that a crime is being committed or has been committed and that the property described above is presently located on the person, premises, or property described above.

You are hereby commanded to enter, search and seize within ten (10) days of this date the person, premises, or property described above. A copy of this warrant is to be left with the person searched, if no person is available, on the premises or vehicle searched, and a written return, including an inventory of any things seized, shall be made before me or a Court of competent jurisdiction immediately after the execution of this Search Warrant.

;O ORDERED  5/7/2014 6:02:14 PM

Judge **Roy  Roberts**  Title **Judge**
JUDGE OF THE MAGISTRATE COURT

⊐  OTHER PARTY PROVISION (Not Valid Unless Signed)

ᵀ    'IEREBY ORDERED that the executing officer has the authority of the Court to search any and all persons who are ithin the described premises or who may enter after the search begins based upon probable cause as stated herein.

ORDERED

18

_____     _____
Judge Roy  Roberts  Title Judge
JUDGE OF THE MAGISTRATE COURT
FULTON COUNTY

☐   NO-KNOCK PROVISION (Not Valid Unless Signed)
IT APPEARING from the aforementioned Affidavit that there are reasonable grounds to believe that the giving of verbal notice would greatly increase the officer's peril and(or) lead to the immediate destruction of the instruments, articles or things ordered to be seized.

IT IS, THEREFORE, ORDERED that entry be made without knocking and the giving of verbal notice of the officer's authority and purpose.

SO ORDERED

_____
Judge Roy  Roberts  Title Judge
JUDGE OF THE MAGISTRATE COURT

19

AFFIANT: **D Williams** Title: Officer
**5/7/2014 6:01:23 PM**

Sworn to and subscribed to before

Judge Roy Roberts Title Judge
Judge of the FULTON County
**5/7/2014 6:01:35 PM**

20