IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Second Superseding |
| v. ) | Criminal Indictment |
| ) | No 1:14-CR-312-WSD-GGB |
| NIGEL MARC GORDON ) | |

## PRELIMINARY RESPONSE OF THE UNITED STATES OPPOSING DEFENDANT'S CONDITIONAL MOTION TO SUPPRESS EVIDENCE

Defendant has conditionally moved to suppress evidence based on questions about the Sandy Springs' detective's electronic presentation of a search warrant application to a Fulton County magistrate judge. (Doc. 63.) In response to the defendant's questions, the United States replies as follows:

On the late afternoon of May 7, 2014, Sandy Springs Detective Derek Williams applied for a warrant to search Mr. Gordon's apartment. Detective Williams used the Fulton County electronic warrant video system that is available in his Sandy Springs police precinct to present the warrant to Fulton County Magistrate Judge Roy Roberts. Detective Williams does not recall the specifics of his interaction with Judge

Roberts on May 7th. But based on his experience, Det. Williams reports that the video warrant process usually proceeds as follows:

- The applicant detective logs on to the system, types his application and affidavit, and telephones the magistrate court to notify the court of his pending application;

- The magistrate judge who is on duty that day for electronic warrants usually calls the detective on the electronic warrant system, which establishes audio-visual contact between the judge and the detective.

- Once contact is established, the judge usually asks the detective for the case number, and then reviews the application and affidavit. (Not as frequently, the magistrate judge will locate the application in the system and review the affidavit before contacting the detective.)

- Frequently, the judge will ask the detective questions about the case and the contents of the affidavit. Not as frequently, the judge will issue the warrant based solely upon the contents of the affidavit.

- The magistrate judge has the detective affirm the affidavit under oath;

- If the judge decides to issue the warrant, the detective signs the application first electronically, and then the judge signs the application and issues the warrant.

Detective Williams does not recall if Judge Roberts asked him any questions about the affidavit before he issued the warrant in this case.

Neither the Fulton County Magistrate Court nor the Sandy Springs Police Department retained a recording of Det. Williams' video conference with Judge Roberts on May 7, 2014.

The Fulton County District Attorney's Office closed its case against Mr. Gordon after he was indicted in this federal case. An Assistant District Attorney recently had the case file retrieved from storage and found that it does not contain a recording of the video conference.

Both Mr. Gordon's first counsel in this case, Regina Canon, and current counsel have acknowledged that Detective Williams' affidavit was sufficient to establish probable cause to support the warrant to search Mr. Gordon's apartment on May 7, 2014.

Date: October 9, 2015          Respectfully submitted,

                               JOHN A. HORN
                               UNITED STATES ATTORNEY

                               /s/ William G. Traynor
                               WILLIAM G. TRAYNOR
                               ASSISTANT U.S. ATTORNEY
                               Georgia Bar No. 716634

                               600 U.S. Courthouse
                               75 Spring St., SW
                               Atlanta, GA 30303

404-581-6000

404-581-6181 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this date I served a copy of this document upon defense counsel by filing it on the Court's cm/ecf system, which automatically notifies the parties and counsel of record,

> Robert M. Brennan
> Joshua J. Lewis
> Parker, Hudson, Ranier & Dobbs, LLP
> Counsel for Nigel Gordon
> 1500 Marquis Two Tower
> 285 Peachtree Center Ave., NE
> Atlanta, GA 30303

This 9th day of October, 2015.

> */s/ William G. Traynor*
> William G. Traynor
> Assistant United States Attorney