IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NIGEL MARC GORDON<br>BOP Reg. No. 66299-019<br>　　　Movant,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Respondent. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br><br>CRIMINAL ACTION NO:<br>1:14-CR-00312-ELR-JKL<br><br><br>CIVIL ACTION NO:<br>1:24-CV-004105-ELR-JKL |

_____

O R D E R

_____

This matter is before the Court for consideration of Magistrate Judge John K. Larkins, III's Report and Recommendation ("R&R") [Doc. 182] to DISMISS WITHOUT PREJUDICE Movant's § 2255 motion [Doc. 181] for lack of subject matter jurisdiction pursuant to 28 U.S.C. §§ 2255(h) and 2244(b)(3)(A). In the time-period allotted for the parties to object to the R&R, Movant, proceeding *pro se*, filed objections. [Doc. 184.] For the following reasons, the Court **ADOPTS** the R&R and **OVERRULES** Movant's objections.

**I. Standard of Review**

The district court reviewing an R&R "shall make a *de novo* determination of those portions of the report or specified proposed finings or recommendations to

which objection is made." 28 U.S.C. § 636(b)(1).  If neither party objects, the district judge need only review the R&R for clear error and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id.  A party objecting to an R&R "must specifically identify those findings objected to.  Frivolous, conclusive, or general objections need not be considered by the district court." United States v. Schultz, 565 F.3d 1353, 1361 (11th Cir. 2009) (quoting Marsden v. Moore, 847 F.2d 1536, 1548 (11th Cir. 1988)) (internal quotation marks omitted.).  If there are no specific objections made to factual findings made by the magistrate judge, there is no requirement that those findings be reviewed de novo. Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993).  Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]," 28 U.S.C. § 636(b)(1)(C), and may accept the recommendation if it is not clearly erroneous or contrary to the law. Fed. R. Crim. P. 59. In accordance with 28 U.S.C. § 636(b)(1)(C), and Rule 59 of the Federal Rules of Criminal Procedure, the Court has conducted a *de novo* review of those portions of the R&R to which Defendant objects and has reviewed the remainder of the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).

## II. Conclusion

Rather than take issue with the analysis and reasoning of the Magistrate Judge, Movant in his objections, simply takes issue with whether the United States Constitution allows the Government to enact certain laws. These are frivolous, non-specific objections which the Court is not required to consider.

After conducting a *de novo* review of those portions of the R&R to which Defendant objects and reviewing the remainder of the R&R for plain error, this Court finds that the Magistrate Judge's factual and legal conclusions are correct. Accordingly, the Court **OVERRULES** Plaintiff's objections [Doc. 184]; **ADOPTS** the R&R [Doc. 182], and **DISMISSES WITHOUT PREJUDICE** Movant's § 2255 motion [Doc. 181] for lack of subject matter jurisdiction. The Court **DIRECTS** the Clerk to **CLOSE** the civil case associated with Petitioner's § 2255 Motion: Civil Action No. 1:24-cv-4105-ELR.

**SO ORDERED**, this 1st day of November, 2024.

*Eleanor L. Ross*
_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia