# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| NIGEL MARC GORDON<br>a/k/a Nigel Mark Gordon,<br>BOP Reg. #66299-019, | *<br>*<br>*<br>* | MOTION TO VACATE<br>28 U.S.C. § 2255 |
| Petitioner, | * | |
| v. | *<br>*<br>* | CRIMINAL ACTION NO.<br>1:14-CR-00312-ELR-JKL-1 |
| UNITED STATES OF AMERICA, | *<br>* | CIVIL ACTION NO.<br>1:25-CV-01115-ELR |
| Respondent. | *<br>* | |

## O R D E R

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge John K. Larkin. [Doc. 191]. Petitioner filed a *pro se* §2255 Motion. [Doc. 190]. Judge Larkin recommends that Petitioner's § 2255 Motion [Doc. 190] be denied and a Certificate of Appealability be denied as well.

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1)(C); Williams v Wainwright, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and

therefore, the Court has reviewed the R&R for plain error. See <u>United States v Slay</u>, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly the Court **ADOPTS** the R&R [Doc. 191] as the Opinion and Order of this Court.  For the reasons stated in the R&R, the Court **DENIES** Petitioner's Motion to vacate sentence under 28 U.S.C. § 2255. [Doc. 190].  Additionally, the Court **DECLINES** to issue a certificate of appealability because after considering 28 U.S.C. § 2253(c)(2), the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.  The Court **DIRECTS** the Clerk to **CLOSE** the civil case associated with Petitioner's § 2255 Motion: Civil Action No. 1:25-CV-01115-ELR.

**SO ORDERED**, this 7th day of April, 2025.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia